| Parcel Number | Address | Parcel Number | Address |
|---|---|---|---|
| 0624055103040 | REAR LAND  ELYRIA; OH 44035 | 0201003179023 | 208  W 25TH ST LORAIN; OH 44052 |
| 0201003160008 | 2008  OAKDALE AVE LORAIN; OH 44052 | 0201003154003 | W 18TH ST  LORAIN; OH 44052 |
| 0624055103016 | 118  TAFT AVE ELYRIA; OH 44035 | 0201006135052 | LONG AVE  LORAIN; OH 44052 |
| 0300050113002 | MASSACHUSETTS AVE LORAIN; OH 44052 | 0201006137029 | W 18TH ST  LORAIN; OH 44052 |
| 0201006159028 | W 23RD ST  LORAIN; OH 44052 | 0201006145034 | W 21ST ST  LORAIN; OH 44052 |
| 0624026106002 | 404  HIGH ST ELYRIA; OH 44035 | 0300079108002 | 2370  E 41ST ST LORAIN; OH 44055 |
| 0201003187024 | LEXINGTON AVE LORAIN; OH 44052 | 0300098116036 | DENVER AVE LORAIN; OH 44055 |
| 0201006130013 | W 14TH ST  LORAIN; OH 44052 | 0300100116012 | 3914  CAFERRO AVE LORAIN; OH 44055 |
| 0201003180025 | W 25TH ST  LORAIN; OH 44052 | 0300103107001 | E 35TH ST  LORAIN; OH 44055 |
| 0201006135026 | 829  W 17TH ST LORAIN; OH 44052 | 0300081113010 | 3320  CAMDEN AVE LORAIN; OH 44055 |
| 0201003133003 | W 13TH ST  LORAIN; OH 44052 | 0300098125011 | E 32ND ST  LORAIN; OH 44055 |
| 0201003183013 | 2422  OAKDALE AVE LORAIN; OH 44052 | 0300111109004 | 1646  SCHOOL ST LORAIN; OH 44055 |
| 0201003179022 | LIVINGSTON AVE LORAIN; OH 44052 | 0300053103022 | 1528  FILLMORE AVE LORAIN; OH 44052 |
| 0201004111001 | W 9TH ST  LORAIN; OH 44052 | 0300096106026 | E 33RD ST  LORAIN; OH 44055 |
| 0201006127037 | W 14TH ST  LORAIN; OH 44052 | 0300080104018 | 2365  HOMEWOOD DR LORAIN; OH 44055 |
| 0201006134007 | W 18TH ST  LORAIN; OH 44052 | 0300098125009 | E 32ND ST  LORAIN; OH 44055 |
| 0201005115007 | REAR LAND  LORAIN; OH 44052 | 0300096120012 | E 34TH ST  LORAIN; OH 44055 |
| 0201004114011 | 816  W 11TH ST LORAIN; OH 44052 | 0300097102010 | 1405  E 29TH ST LORAIN; OH 44055 |
| 0100002112002 | LIBERTY AVE VERMILION; OH 44089 | 0201003184018 | W 25TH ST  LORAIN; OH 44052 |
| 0201006115035 | W 9TH ST  LORAIN; OH 44052 | 0202026111021 | 1300  W 8TH ST LORAIN; OH 44052 |
| 0201006135018 | W 17TH ST  LORAIN; OH 44052 | 0201005115015 | 904  W 8TH ST LORAIN; OH 44052 |
| 0201006130001 | 1405  WASHINGTON AVE LORAIN; OH 44052 | 0202026113012 | W 8TH ST  LORAIN; OH 44052 |
| 0201006140012 | 1119  W 19TH ST LORAIN; OH 44052 | 0100003111041 | LANSING RD VERMILION; OH 44089 |
| 0201003122007 | 1039  STREATOR PL LORAIN; OH 44052 | 0100003111040 | LANSING RD VERMILION; OH 44089 |
| 0201006117020 | W 10TH ST  LORAIN; OH 44052 | 0100003112020 | LANSING RD VERMILION; OH 44089 |

| | | | |
|---|---|---|---|
| 0202025104014 | W 14TH ST  LORAIN; OH 44052 | 0202024117054 | W 21ST ST  LORAIN; OH 44052 |
| 0202025110013 | W 17TH ST  LORAIN; OH 44052 | 0202025114026 | 1246  W 19TH ST LORAIN; OH 44052 |
| 0200093108023 | 2352   EAST AVE LORAIN; OH 44055 | 0201006149019 | 2139   HAMILTON AVE LORAIN; OH 44052 |
| 0201006136003 | LONG AVE  LORAIN; OH 44052 | 0201006135051 | LONG AVE  LORAIN; OH 44052 |
| 0202024108021 | REAR LAND   LORAIN; OH 44052 | 0202026114019 | W 9TH ST  LORAIN; OH 44052 |
| 0202025122015 | 1422  W 22ND ST LORAIN; OH 44052 | 0201006130005 | WASHINGTON AVE LORAIN; OH 44052 |
| 0201006122020 | WASHINGTON AVE LORAIN; OH 44052 | 0624066101026 | 631   DEWEY AVE ELYRIA; OH 44035 |
| 0201006133030 | 1109  W 17TH ST LORAIN; OH 44052 | 0624028108015 | 617   WELLER RD ELYRIA; OH 44035 |
| 0201006130008 | 933  W 14TH ST LORAIN; OH 44052 | 0624056000008 | BATH ST  ELYRIA; OH 44035 |
| 0300053103022 | 1530   FILLMORE AVE LORAIN; OH 44052 | 0200093117034 | 2727   DENVER AVE LORAIN; OH 44055 |
| 0300050112013 | MASSACHUSETTS AVE LORAIN; OH 44052 | 0200093117035 | DENVER AVE LORAIN; OH 44055 |
| 0202025112016 | UTICA AVE  LORAIN; OH 44052 | 0200051126033 | F ST  LORAIN; OH 44052 |
| 0202025119024 | 1402  W 21ST ST LORAIN; OH 44052 | 0201003161010 | W 20TH ST  LORAIN; OH 44052 |
| 0300083111005 | E 28TH ST  LORAIN; OH 44055 | 0201006134008 | HAMILTON AVE LORAIN; OH 44052 |
| 0300053103026 | 1544   FILLMORE AVE LORAIN; OH 44052 | 0201003147002 | 219  W 17TH ST LORAIN; OH 44052 |
| 0300098105021 | 2937   ELYRIA AVE LORAIN; OH 44055 | 0201003179026 | W 25TH ST  LORAIN; OH 44052 |
| 0201006132015 | W 17TH ST  LORAIN; OH 44052 | 0201003180006 | LIVINGSTON AVE LORAIN; OH 44052 |
| 0300080104018 | 2363   HOMEWOOD DR LORAIN; OH 44055 | 0200093114015 | CAROLINE AVE LORAIN; OH 44055 |
| 0300096109010 | E 29TH ST  LORAIN; OH 44055 | 0201003143014 | W 18TH ST  LORAIN; OH 44052 |
| 0300082101008 | 2329  E 29TH ST LORAIN; OH 44055 | 0201005120017 | WASHINGTON AVE LORAIN; OH 44052 |
| 0300055112008 | MONROE AVE LORAIN; OH 44052 | 0201006132015 | 1018  W 17TH ST LORAIN; OH 44052 |
| 0300098113023 | ELYRIA AVE  LORAIN; OH 44055 | 0100002112007 | LIBERTY AVE VERMILION; OH 44089 |
| 0300098125010 | E 32ND ST  LORAIN; OH 44055 | 0201005120015 | WASHINGTON AVE LORAIN; OH 44052 |
| 0300050112012 | 1298 MASSACHUSETTS AVE LORAIN; OH 44052 | 0201005115018 | W 8TH ST  LORAIN; OH 44052 |
| 0300053103024 | 1538   FILLMORE AVE LORAIN; OH 44052 | 0201006135020 | W 17TH ST  LORAIN; OH 44052 |
| 0300103114012 | 3713  CLIFTON AVE LORAIN; OH 44055 | 0201006138008 | W 18TH ST  LORAIN; OH 44052 |

| | | | |
|---|---|---|---|
| 0300103105002 | CLIFTON AVE LORAIN; OH 44055 | 0201003129010 | REID AVE  LORAIN; OH 44052 |
| 0300082105011 | 2443  E 29TH ST LORAIN; OH 44055 | 0201003132009 | W 13TH ST  LORAIN; OH 44052 |
| 0300056116010 | NEW MEXICO AVE LORAIN; OH 44052 | 0201003111052 | DELAWARE AVE LORAIN; OH 44052 |
| 0300053103024 | 1536  FILLMORE AVE LORAIN; OH 44052 | 0100002112001 | LIBERTY AVE VERMILION; OH 44089 |
| 0202026112017 | 1232  W 8TH ST LORAIN; OH 44052 | 0201003131026 | 520  W 14TH ST LORAIN; OH 44052 |
| 0300103115053 | 3820  OMAHA AVE LORAIN; OH 44055 | 0201006132010 | W 17TH ST  LORAIN; OH 44052 |
| 0300095101030 | E 29TH ST  LORAIN; OH 44055 | 0201005115017 | W 8TH ST  LORAIN; OH 44052 |
| 0300056116009 | NEW MEXICO AVE LORAIN; OH 44052 | 0201005115020 | W 8TH ST  LORAIN; OH 44052 |
| 0300083111007 | E 28TH ST  LORAIN; OH 44055 | 0201006131016 | 1616  HAMILTON AVE LORAIN; OH 44052 |
| 0300098114008 | 214  E 31ST ST LORAIN; OH 44055 | 0201006132014 | W 17TH ST  LORAIN; OH 44052 |
| 0300096103036 | E 31ST ST  LORAIN; OH 44055 | 0626003103022 | 16TH ST  ELYRIA; OH 44035 |
| 0300097112015 | DALLAS AVE  LORAIN; OH 44055 | 0201003160006 | OAKDALE AVE LORAIN; OH 44052 |
| 0300056127016 | CROMWELL DR LORAIN; OH 44052 | 0201003152016 | W 18TH ST  LORAIN; OH 44052 |
| 0300094105028 | E 30TH ST  LORAIN; OH 44055 | 0300097116021 | VICTORY AVE LORAIN; OH 44055 |
| 0300098105028 | 2938  CAROLINE AVE LORAIN; OH 44055 | 0300098131020 | E 35TH ST  LORAIN; OH 44055 |
| 0300098106021 | DENVER AVE LORAIN; OH 44055 | 0624064103002 | BATH ST  ELYRIA; OH 44035 |
| 0624026105007 | COURTLAND ST ELYRIA; OH 44035 | 0300056112029 | CREHORE ST LORAIN; OH 44052 |
| 0624053103011 | 228  FOSTER AVE ELYRIA; OH 44035 | 1000003116006 | WEST AVE  ELYRIA; OH 44035 |
| 0624084103005 | LAKE AVE  ELYRIA; OH 44035 | 0100002112008 | REAR LAND VERMILION; OH 44089 |
| 0624068103001 | ADAMS ST  ELYRIA; OH 44035 | 0100003111042 | LANSING RD VERMILION; OH 44089 |
| 0624067102001 | ADAMS ST  ELYRIA; OH 44035 | 0100003112021 | LANSING RD VERMILION; OH 44089 |
| 0624049101007 | HAYES AVE  ELYRIA; OH 44035 | 0100003111038 | LANSING RD VERMILION; OH 44089 |
| 0625006128018 | LONGSON AVE ELYRIA; OH 44035 | 0100003111039 | LANSING RD VERMILION; OH 44089 |
| 0624064103003 | BATH ST  ELYRIA; OH 44035 | 1000003117034 | 18TH ST  ELYRIA; OH 44035 |
| 0624084101022 | FOSTER AVE  ELYRIA; OH 44035 | 0100003111037 | LANSING RD VERMILION; OH 44089 |
| 0625006129008 | 822  LONGSON AVE ELYRIA; OH 44035 | 0100003112018 | LANSING RD VERMILION; OH 44089 |

| | | | |
|---|---|---|---|
| 0624066102008 | FOSTER AVE  ELYRIA; OH 44035 | 0100003112019 | LANSING RD VERMILION; OH 44089 |
| 0626008102009 | 13TH ST  ELYRIA; OH 44035 | 0201003175008 | W 23RD ST  LORAIN; OH 44052 |
| 0624070104010 | BOND ST  ELYRIA; OH 44035 | 0201003147006 | REID AVE  LORAIN; OH 44052 |
| 0624034105010 | PARMELY AVE ELYRIA; OH 44035 | 0201003182020 | APPLE AVE  LORAIN; OH 44055 |
| 0626033000002 | 6TH ST  ELYRIA; OH 44035 | 0201003212016 | W 32ND ST  LORAIN; OH 44055 |
| 0624083102005 | OAK ST  ELYRIA; OH 44035 | 0201003153004 | 409  W 18TH ST LORAIN; OH 44052 |
| 0624051105002 | 531  FURNACE ST ELYRIA; OH 44035 | 0201003147001 | 223  W 17TH ST LORAIN; OH 44052 |
| 0201003135025 | W 17TH ST  LORAIN; OH 44052 | 0201003173016 | W 23RD ST  LORAIN; OH 44052 |
| 0624129000016 | KAISER CT  ELYRIA; OH 44035 | 1000003116002 | WEST AVE  ELYRIA; OH 44035 |
| 0626071000001 | W BRIDGE ST ELYRIA; OH 44035 | 1000003117008 | 17TH ST  ELYRIA; OH 44035 |
| 0626070000003 | 136  W BRIDGE ST ELYRIA; OH 44035 | 1000003115009 | WEST AVE  ELYRIA; OH 44035 |
| 0626008103003 | 13TH ST  ELYRIA; OH 44035 | 1000003119022 | MAPLE ST  ELYRIA; OH 44035 |
| 0626019101030 | 239  GATES AVE ELYRIA; OH 44035 | 0300056126016 | CROMWELL DR LORAIN; OH 44052 |
| 0626070000004 | W BRIDGE ST ELYRIA; OH 44035 | 0300050112012 | 1296 MASSACHUSETTS AVE LORAIN; OH 44052 |
| 0626008102016 | WEST AVE  ELYRIA; OH 44035 | 0300082114005 | CAMDEN AVE LORAIN; OH 44055 |
| 0624084103004 | LAKE AVE  ELYRIA; OH 44035 | 0300103115052 | OMAHA AVE  LORAIN; OH 44055 |
| 0626019102006 | 240  GATES AVE ELYRIA; OH 44035 | 0300056122010 | NEW MEXICO AVE LORAIN; OH 44052 |
| 0622020105033 | STATE ST  ELYRIA; OH 44035 | 0300055120015 | NEW HAMPSHIRE AVE LORAIN; OH 44052 |
| 0624084101021 | FOSTER AVE  ELYRIA; OH 44035 | 0300096106016 | 1656  E 33RD ST LORAIN; OH 44055 |
| 0625116000013 | 2  FRANK CT ELYRIA; OH 44035 | 0300053103026 | 1546  FILLMORE AVE LORAIN; OH 44052 |
| 0626056000001 | 218  CHESTNUT ST ELYRIA; OH 44035 | 0300098124020 | E 32ND ST  LORAIN; OH 44055 |
| 0624026121011 | OAK ST  ELYRIA; OH 44035 | 0300096112020 | E 32ND ST  LORAIN; OH 44055 |
| 0624026119011 | 801  WOODLAND AVE ELYRIA; OH 44035 | 0300098117015 | DENVER AVE LORAIN; OH 44055 |
| 0626056000008 | 1ST PL  ELYRIA; OH 44035 | 0201006135017 | 909  W 17TH ST LORAIN; OH 44052 |
| 0624055103039 | WEST RIVER RD ELYRIA; OH 44035 | 0201006142042 | W 20TH ST  LORAIN; OH 44052 |
| 0201003219024 | REID AVE  LORAIN; OH 44055 | 0626019101037 | 217  GATES AVE ELYRIA; OH 44035 |

| 0201005115015 | W 8TH ST  LORAIN; OH 44052 | 0626061000020 | WURST CT  ELYRIA; OH 44035 |
| 0201005119019 | W 10TH ST  LORAIN; OH 44052 | 0700008117077 | LEAR NAGLE RD NORTH RIDGEVILLE; OH 44039 |
| 0300101116033 | 3888  LORAIN AVE LORAIN; OH 44055 | 0700035103014 | 36923  SUGAR RIDGE RD NORTH RIDGEVILLE; OH 44039 |
| 0300046108012 | 3275  G ST  LORAIN; OH 44052 | 1000003116007 | WEST AVE  ELYRIA; OH 44035 |

Revised 10/07/24          Total: 216