# Lorain County Land Bank



## Lorain County Land Bank

### Lorain County Land Reutilization Corporation

*The Primary function of the County Land Bank is to serve as a facilitator for the return of vacant, abandoned, and tax foreclosed property to productive tax paying economic uses or to beneficial public uses.*

## The Lorain County Land Bank  was formed on May 24, 2012

- Funding Sources for the Land Bank
  - 5% of the delinquent tax collection (DRETAC) (as of February 26, 2015)

Select Language

Google Translate

## The Land Bank currently owns many vacant parcels throughout Lorain County

- Residents of the Community are able to submit applications to bid on the properties to obtain them.

 

## Land Bank Resources

### *Begin typing here to add a section title*

- [Land Bank FAQs (PDF)](#)

- [Land Reutilization Corporation Land Disposition Policy (PDF)](#)

- [Vacant Land Application (PDF)](#)

- [LCLRC -Available Parcels (PDF)](#)

## Land Bank Board Members:

- Commissioner David Moore - Chair
- Commissioner Jeff Riddell - Vice Chair
- Commissioner Michelle Hung - Secretary
- Jack Bradley, Mayor of Lorain - Treasurer
- Dan Talarek, Treasurer - Board Member
- Staff:
    - Jeff Armbruster, County Administrator - Director
    - James Miller - Assistant Director
    - Theresa Upton - Corporation Secretary
    - Katherine Keefe, LC Assistant Prosecutor

*Land Bank meetings shall be held on the 3rd Thursday in the month's of January & March.  Special Meetings may be called as needed.*

*[Land Bank Board Meeting Agendas & Minutes](#)*

Google Translate