```
Doc ID: 023844580002 Type: OFF
Kind: DEEDS
Recorded: 02/27/2023 at 03:27:49 PM
Fee Amt: $0.00 Page 1 of 2
Lorain County, Ohio
Mike Doran County Recorder
File 2023-0907905
```

**TRANSFERRED**
IN COMPLIANCE WITH SEC. 319-202
OHIO REV. CODE
**FEB 2 7 2023**

**J. CRAIG SNODGRASS, CPA, CGFM**
LORAIN COUNTY AUDITOR

# AUDITOR'S DEED
(Forfeited Land Sale)
Revised Code Secs. 5721.09, .14, .15, .17; 5723.05, .06, .10, .12     LB

***KNOW ALL MEN BY THESE PRESENTS***: *That whereas, the Real Estate hereinafter described, having become and being delinquent for non-payment of taxes; assessment, penalties, interest and costs, was forfeited to the State of Ohio, as will fully appear by the records of the Court of Common Pleas and of the County Auditor of **LORAIN** County, Ohio; and*

***WHEREAS****, said County Auditor, has received a written request for direct transfer of property forfeited to the State of Ohio from the Lorain County Land Reutilization Corporation pursuant to Ohio Revised Code 5722.04;*

***NOW THEREFORE, I, J. CRAIG SNODGRASS*** *as County Auditor of Lorain County, Ohio acting as agent of the State of Ohio, upon request of the Lorain County Land Reutilization Corporation and pursuant to the O.R.C. 5722.04, do hereby GRANT, BARGAIN, SELL, AND CONVEY unto the said **LORAIN COUNTY LAND REUTILIZATION CORPORATION** their heirs and assigns forever, the Real Estate sold as aforesaid and fully described as follows:*

*Situated in the City of Lorain, County of Lorain and State of Ohio; and known as being Sublot No. 43 in Morehouse and Foster's Subdivision, of part of Original Black River Township Lot No. 3, Tract 1, as shown by the recorded plat in Volume 4, Page 27 of Lorain County Records, and being a parcel of land 50 feet front on the Southerly side of Allen Avenue, now known as West 29th Street, and extending back of equal width 132.92 feet, as appears by said plat, being the same more or less.*

Permanent Parcel No. 02-01-003-203-008

Prior Deed Reference: Instrument 2022-0896481 of Lorain County Records

Legal description reviewed by _____
on 2/27/23 per ORC Sec. 5713.09

*TO HAVE AND TO HOLD said premises, with all the privileges and appurtenances thereunto belonging, to the said* __Lorain County Land Reutilization Corporation__ *their heirs and assigns forever.*

*IN WITNESS WHEREOF, I* **J. Craig Snodgrass**, *County Auditor of Lorain County, Ohio, acting as agent of the State of Ohio, have hereunto set my hand, this* **27th day of February 2023.**

*（signature）*
Lorain County Auditor
Of Lorain County, Ohio
Acting as Agent of the State of Ohio

*The State of Ohio* **LORAIN** *County, ss.*

**BE IT REMEMBERED**, *that on this* **27th day of February 2023**, *before me, the subscriber, a notary public in and for said County, personally came the above named* **J. CRAIG SNODGRASS**, *as County Auditor of LORAIN County, Ohio, acting as agent of the State of Ohio, the Grantor in the foregoing Deed, and acknowledged the signing of the same to be his voluntary act and deed, as such County Auditor and agent of the State of Ohio, for the uses and purposes therein mentioned.*

*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal, on the day and year last aforesaid.*

Alisa Dawson
My commission expires 5/20/23

*This instrument was prepared by the* **Lorain County Auditor's Office.**     **SEAL**

LORAIN COUNTY LAND
REUTILIZATION CORP
226 MIDDLE AVE  5TH FLOOR
ELYRIA, OH 44035