

# Lorain County Auditor
## Craig Snodgrass, CPA, CGFM

Report generated: Wed Oct 23 2024

**Parcel Number: 0201003203008**




## Parcels

| | | | |
|---|---|---|---|
| **Parcel Number** | 0201003203008 | **Land Use** | 621 |
| **Owner** | ALL AMERICAN HOME RENOVATIONS LLC | **Neighborhood** | 30500 - LORAIN DOWNTOWN |
| **Location Address** | 125 W 29TH ST LORAIN, OH 44055 | **Acres** | 0 |
| **Tax Bill Mailed To** | 616 E 33RD ST LORAIN, OH 44055 | **School District** | LORAIN CSD |
| **Property Description** | M & F 50 X 132 | **Instrument Number** | |
| **Tax District** | 42 - LORAIN CITY/LORAIN CSD | **Delinquent Real Estate** | No |

## Values

| | |
|---|---|
| **Market Land Value** | $8,360.00 |
| **Market Building Value** | $63,570.00 |
| **Market Total Value** | $71,930.00 |
| **Market CAUV** | $0.00 |
| **Market Abatement** | $0.00 |
| **Assessed Land Value** | $2,930.00 |
| **Assessed Building Value** | $22,250.00 |
| **Assessed Total Value** | $25,180.00 |
| **Assessed CAUV** | $0.00 |
| **Assessed Abatement** | $0.00 |

The 2023 values have been certified by the State of Ohio.

## Taxes

**Gross Full Year Tax**  
**State Credit**  
**Subtotal** $  
**Non-Business Credit**  
**Owner Occupancy Credit**  
**Homestead Credit**  
**Net Tax**

**Special Assessment**  
**Delinquent Special Assessment**  
**Unpaid Taxes**  
**Total Taxes Owed**  
**Total Taxes Paid**  
**Special Assessments** N

> Your 2023 taxes were certified on December 29, 2023. The full year tax includes all unpaid taxes and special assessments. Tax amounts may be verified through the Lorain County Treasurer's Office at (440) 329-5787. Mortgage Companies and Title Representatives must request tax information via USPS during tax collection periods.

## Sales

| Sale Date | Sale Amount | Conveyance | Grantor | Grantee | Number of Parcels |
|---|---|---|---|---|---|
| 5/3/2006 | $0.00 | 2006091945 | RAMOS INES & BETSY | NIEVES INES & RAMOS BETSY | 1 |
| 10/26/2022 | $0.00 | 2022094828 | NIEVES INES & RAMOS BETSY | FORFEITURE STATE OF OHIO | 1 |
| 2/27/2023 | $0.00 | 2023090764 | FORFEITURE STATE OF OHIO | LORAIN COUNTY LAND REUTILIZATION CORP | 1 |
| 7/24/2024 | $0.00 | 2024092558 | LORAIN COUNTY LAND REUTILIZATION CORP | ALL AMERICAN HOME RENOVATIONS LLC | 1 |

## Residential

**Year Built** 1900  
**Parcel Number** 0201003203008  
**Finished Sqft** 1,618  
**Total Rooms** 7  
**Bedrooms** 4  
**Full Bath** 1  
**Half Bath** 0  
**Fireplace** No  
**Central AC** No

## Photo



## Sketch



## Conveyance



## TaxHistory

**Tax Year 2022**

| | | | |
|---|---|---|---|
| Gross Full Year Tax | $2,386.98 | Net Tax | $1,318.98 |
| State Credit | $933.84 | Special Assessment | $0.00 |
| Subtotal | 1,453.14 | Delinquent Special Assessment | $0.00 |
| Non-Business Credit | $134.16 | Unpaid Taxes | $0.00 |
| Owner Occupancy Credit | $0.00 | Total Taxes Owed | $0.00 |
| Homestead Credit | $0.00 | Total Taxes Paid | $0.00 |

**Tax Year 2021**

| | | | |
|---|---|---|---|
| Gross Full Year Tax | $2,385.36 | Net Tax | $1,318.84 |
| State Credit | $932.72 | Special Assessment | $0.00 |
| Subtotal | 1,452.64 | Delinquent Special Assessment | $0.00 |
| Non-Business Credit | $133.80 | Unpaid Taxes | $0.00 |
| Owner Occupancy Credit | $0.00 | Total Taxes Owed | $0.00 |
| Homestead Credit | $0.00 | Total Taxes Paid | $0.00 |

**Tax Year 2020**

| | | | |
|---|---|---|---|
| Gross Full Year Tax | $2,145.68 | Net Tax | $1,342.36 |
| State Credit | $667.44 | Special Assessment | $0.00 |
| Subtotal | 1,478.24 | Delinquent Special Assessment | $0.00 |
| Non-Business Credit | $135.88 | Unpaid Taxes | $0.00 |
| Owner Occupancy Credit | $0.00 | Total Taxes Owed | $0.00 |
| Homestead Credit | $0.00 | Total Taxes Paid | $0.00 |