UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
Eastern Division (Cleveland)

| | |
|---|---|
| **Inez Nieves** and **Betsy Ramos**, *on behalf of themselves and all others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>**Lorain County**, an Ohio political subdivision unit of government; and **Craig Snodgrass**, in his official capacity as Lorain County Auditor,<br><br>*Defendants.* | Case Number: 1:24-cv-01861 |

## NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to Rule 5.1 of the Federal Rules of Civil Procedure, Plaintiffs provide notice that the complaint in this action draws into question the constitutionality of Ohio's statutory tax-foreclosure system to the extent such system results in the taking of private property without just compensation or in the imposition of excessive fines in violation of the Fifth or Eighth Amendments of the United States Constitution.

Plaintiffs are also serving this Notice and a copy of the complaint on the Attorney General of the State of Ohio on the date of this filing.

Dated: October 25, 2024                    Respectfully submitted,

1

*/s/ Joseph P. Ashbrook*
Benjamin M. Flowers (OH# 0095284)
Joseph P. Ashbrook (OH# 0091279)
Ashbrook Byrne Kresge LLC
PO Box 8248
Cincinnati, OH 45249
Tel: 513-201-5775
Fax: 513-216-9882
bflowers@ashbrookbk.com
jpashbrook@ashbrookbk.com

Daniel R. Suhr
    *(pro hac vice application forthcoming)*
Hughes & Suhr LLC
747 N. LaSalle St., Suite 210
Chicago, IL 60654
414-588-1658
dsuhr@equitylawsuit.com

Christopher E. Mills
    *(pro hac vice application forthcoming)*
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
843-606-0640
cmills@spero.law