IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Inez Nieves** and **Betsy Ramos**, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**Lorain County**, an Ohio political subdivision unit of government; and **Craig Snodgrass**, in his official capacity as Lorain County Auditor.<br><br>Defendants. | Case No. 1:24-cv-01861 |

## MOTION OF DANIEL R. SUHR FOR
## ADMISSION PRO HAC VICE

Attorney Daniel R. Suhr, counsel for the plaintiffs and their proposed class, respectfully moves for admission pro hac vice. Mr. Suhr has attached to this motion the affidavit required by Local Rule 83.5(h).

Respectfully submitted.

DANIEL R. SUHR*
Wisconsin Bar No. 1056658
Partner
Hughes & Suhr LLC
747 N. LaSalle Street, Suite 210
Chicago, IL 60654
(414) 588-1658
danielsuhr@gmail.com

\* *pro hac vice* applications forthcoming

Dated: November 20, 2024

 /s/ Joseph P. Ashbrook 
JOSEPH P. ASHBROOK
Ohio Bar No. 0091279
BENJAMIN M. FLOWERS
Ohio Bar No. 0095284
Ashbrook Byrne Kresge LLC
Post Office Box 8248
Cincinnati, Ohio 45249
(513) 582-7424 (phone)
Fax: (513) 216-9882 (fax)
jpashbrook@ashbrookbk.com
bflowers@ashbrookbk.com

*Counsel for Plaintiffs and
the Proposed Class*