IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Inez Nieves** and **Betsy Ramos**, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>**Lorain County**, an Ohio political sub-division unit of government; and **Craig Snodgrass**, in his official capacity as Lorain County Auditor.<br><br>Defendants. | Case No. 1:24-cv-01861 |

### DECLARATION OF DANIEL R. SUHR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Daniel R. Suhr, declare:

1. My name is Daniel R. Suhr. I am a Partner at Hughes & Suhr LLC.

2. My business address is 747 N. LaSalle Street, Suite 210, Chicago, IL, 60654.

3. I am a member in good standing of the Wisconsin State Bar.

4. I have attached a current certificate of good standing from the Wisconsin State Bar, dated November 26, 2024.

5. I was admitted to the Wisconsin State Bar on May 19, 2008.

6. My Wisconsin bar-identification number is 1056658.

7.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. Nor have I been reprimanded by any court, department, bureau or commission pertaining to my conduct or fitness as a member of the bar.

8.  I respectfully request pro hac vice admission in this matter.

This concludes my declaration. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2024.

_____
Daniel R. Suhr