```
Doc ID: 023720130003 Type: OFF
Kind: DEEDS
Recorded: 10/26/2022 at 11:48:08 AM
Fee Amt: $0.00 Page 1 of 3
Lorain County, Ohio
Mike Doran County Recorder
File 2022-0896481
```

**CERTIFIED COPY**

**AUG 1 0 2022**

TOM ORLANDO
CLERK OF COURTS
LORAIN COUNTY

FILED
LORAIN COUNTY
2022 AUG -U P 2:08
COURT OF COMMON PLEAS
TOM ORLANDO

## IN THE COURT OF COMMON PLEAS
## LORAIN COUNTY, OHIO

| | |
|---|---|
| **LORAIN COUNTY TREASURER,** | **CASE NO. 22TX007883** |
| **PLAINTIFF** | **JUDGE RAYMOND J. EWERS** |
| VS. | **JUDGMENT ENTRY OF FORFEITURE OF REAL ESTATE TO THE STATE OF OHIO** |
| **INES NIEVES KNA INES PERES, ET AL** | |
| **DEFENDANTS** | **BOOKKEEPING 30 DAY** |

Pursuant to Section 5723.01 of the Ohio Revised Code, it is hereby Ordered, Adjudged and Decreed that the premises described below be and the same is hereby forfeited to the **State of Ohio** and that all right, title, claim and interest of the parties in said real estate is transferred to and vested in the State of Ohio, with the real estate to be sold pursuant to Chapter 5723 of the Ohio Revised Code. It is further ordered that certified copies of this Judgment Entry shall be sent to the **Lorain County Auditor, and the Lorain County Treasurer, and the Lorain County Prosecutor.**

### DESCRIPTION

### SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A"

**Permanent Parcel No.**     02-01-003-203-008

**Commonly known as:**     125 West 29th St., Lorain, OH 44055

**Prior Deed References:**    Instrument No. 20060140961 of Lorain County Records.

_____
**JUDGE RAYMOND J. EWERS**

I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE ORIGINAL ON FILE IN THE OFFICE OF TOM ORLANDO, LORAIN COUNTY CLERK OF COURT OF COMMON PLEAS
BY _____ DEPUTY CLERK

**TRANSFERRED**
IN COMPLIANCE WITH SEC. 319-202
OHIO REV. CODE
**OCT 2 6 2022**

J. CRAIG SNODGRASS, CPA, CGFM
LORAIN COUNTY AUDITOR

CERTIFIED COPY

AUG 1 0 2022
TOM ORLANDO
CLERK OF COURTS
LORAIN COUNTY

APPROVED BY:
J.D. TOMLINSON
Prosecuting Attorney
Lorain County, Ohio

*/s/ Katherine L. Keefer/*

KATHERINE L. KEEFER (0088096)
Attorney for Lorain County Treasurer

**INSTRUCTIONS TO THE CLERK: THIS IS A FINAL APPEALABLE ORDER.**
**Pursuant to Civ.R.58(B), you are to serve notice of this judgment and its date of entry upon the journal to all parties not in default for failure to appear within three days of the of the Judgment's entry upon the journal and note the service in the appearance docket.**

CERTIFIED COPY

SCHEDULE A

Description of Land

AUG 10 2022
TOM ORLANDO

Situated in the City of Lorain, County of Lorain and State of Ohio: And known as being Sublot No. 43 in Morehouse and Foster's Subdivision, of part of Original Black River Township Lot No. 30, as shown by the recorded plat in Volume 4, Page 27 of Lorain County Records, and being a parcel of land 50 feet front on the Southerly side of Allen Avenue, now known as West 29th Street, and extending back of equal width 132.92 feet, as appears by said plat, be the same more or less.
Permanent Parcel No. 02-01-003-203-008

Commonly known as 125 West 29th Street, Lorain, Ohio 44055

Legal description reviewed by ____
on 3/2/22 per ORC, Section 5713.09

Legal description reviewed by _amy_
on 10/25/22 per ORC. Section 5713.09


EXHIBIT A

LORAIN COUNTY AUDITOR
226 MIDDLE AVE
2ND FLOOR
ELYRIA, OH 44035

ORT Form 4276 A & B

PIR 09/01/2014

File Number: 20220896481    Page 3 of 3