2024-0020678
DEEDS Fee:$0.00 Page 1 of 2
Recorded: 7/24/2024 at 11:07 AM
Receipt: T20240014847
Lorain County Recorder Mike Doran

**TRANSFERRED**
IN COMPLIANCE WITH SEC. 319-202
OHIO REV. CODE

JUL 24 2024

J. CRAIG SNODGRASS, CPA, CGFM
LORAIN COUNTY AUDITOR

Fee Exempt K.R.

# Quit Claim Deed

### *Know all Men by these Presents*

*That,* **Lorain County Land Reutilization Corporation**, the Grantor, who may claim title by or through **Instrument No. 2023-0907905** recorded in the Lorain County Recorder's Office, for good and valuable consideration received to its full satisfaction **All American Home Renovations LLC** the Grantee, whose *TAX MAILING ADDRESS* will be **215 Howe St. Elyria, OH 44035,** has given, granted, remised, released and forever quit-claimed, and does by these presents absolutely give, grant, remise, release and forever quit-claim unto the said Grantee, its successors and assigns forever, all such right and title as it, the said Grantors, has or may have in and to the premises identified by Permanent Parcel Number 02-01-003-203-008 and as described below,

Situated in the City of Lorain, County of Lorain and State of Ohio; and known as being Sublot No. 43 in Morehouse and Foster's Subdivision, of part of Original Black River Township Lot No. 3, Tract 1, as shown by the recorded plat in Volume 4, Page 27 of Lorain County Records, and being a parcel of land 50 feet front on the Southerly side of Allen Avenue, now known as West 29th Street, and extending back of equal width 132.92 feet, as appears by said plat, being the same more or less.

P.P. No. 02-01-003-203-008

Legal description reviewed by _____
7/24/24 per ORC Sec. 5713.:

***TO HAVE AND TO HOLD*** the above granted and bargained premises, with the appurtenances thereof, unto the said Grantee, its successors and assigns, so that neither the said Grantors, nor its successors or assigns, nor any other persons claiming title through or under it, shall or will

hereafter claim or demand any right or title to the premises, or any part thereof; but they and every one of them shall by these presents be excluded forever.

Signed and acknowledged in the presence of:

By: _____
James L. Miller,
Lorain County Land Reutilization Corporation

**State of Ohio** )
) 
**Lorain County,** ) ss.

    Before me, a Notary Public, in and for said County and State, **James L. Miller, Assistant Director Lorain County Land Reutilization Corporation** personally appeared and acknowledged that she / he did sign the foregoing instrument and that the same is her / his free act and deed.

    ***In Testimony Whereof, I*** have hereunto set my hand and official seal at *226 Middle Ave, Elyria, OH 44035*, this _23_ day of _July_____, 2024.

_____

This instrument prepared by:
Lorain County Land Reutilization Corporation
226 Middle Ave. 5th Floor
Elyria, OH 44035

Nicole Finnerty
Notary Public, State of Ohio
My Commission Expires:
August 14, 2028