# Lorain County Land Bank



**Lorain County Land Bank**

**Lorain County Land Reutilization Corporation**

*The Primary function of the County Land Bank is to serve as a facilitator for the return of vacant, abandoned, and tax foreclosed property to productive tax paying economic uses or to beneficial public uses.*

The Lorain County Land Bank  was formed on May 24, 2012
- Funding Sources for the Land Bank
    - 5% of the delinquent tax collection (DRETAC) (as of February 26, 2015)

Select Language

Google **Translate**

The Land Bank currently owns many vacant parcels throughout Lorain County

- Residents of the Community are able to submit applications to bid on the properties to obtain them.




## Land Bank Resources

*Begin typing here to add a section title*

- Land Bank FAQs (PDF)
- Land Reutilization Corporation Land Disposition Policy (PDF)
- Vacant Land Application (PDF)
- LCLRC -Available Parcels (PDF)

## Land Bank Board Members:

- Commissioner David Moore - Chair
- Commissioner Jeff Riddell - Vice Chair
- Commissioner Michelle Hung - Secretary
- Jack Bradley, Mayor of Lorain - Treasurer
- Dan Talarek, Treasurer - Board Member
- Staff:
    - Jeff Armbruster, County Administrator - Director
    - James Miller - Assistant Director
    - Theresa Upton - Corporation Secretary
    - Katherine Keefe, LC Assistant Prosecutor

Land Bank meetings shall be held on the 3rd Thursday in the month's of January & March. Special Meetings may be called as needed.

Land Bank Board Meeting Agendas & Minutes

Google **Translate**