# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### Eastern Division (Cleveland)

| | |
|---|---|
| **Inez Nieves** and **Betsy Ramos**, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> **Lorain County Board of Commissioners**; **Craig Snodgrass**, in his official capacity as Lorain County Auditor; **Lorain County Land Reutilization Corp.**; and, **Lorain County Port Authority**, <br><br> *Defendants,* <br><br> & <br><br> **State of Ohio**, <br><br> *Intervenor-Defendant.* | Case Number: 1:24-cv-01861 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal with prejudice of this action. The parties will bear their own costs.

*/s/ Leigh S. Prugh* (authorized by email)
Leigh S. Prugh (0072852)
Assistant Prosecuting Attorney
225 Court Street, 3rd Floor
Elyria, OH 44035
Tel.: 440-329-5736
Fax: 440-329-5430

*/s/ Joseph P. Ashbrook*
Benjamin M. Flowers (0095284)
Joseph P. Ashbrook (0091279)
ASHBROOK BYRNE KRESGE
FLOWERS LLC
PO Box 8248
Cincinnati, OH 45249
Phone: 513-201-5775
Fax:  513-216-9882

leigh.prugh@lcprosecutor.org

*Counsel for Defendants the Lorain County Board of Commissioners and Craig Snodgrass*

/s/ *Jeffrey S. Moeller* (authorized by email)
Keith A. Savidge (0014242)
Jeffrey S. Moeller (0074512)
SEELEY, SAVIDGE EBERT & GOURASH, LPA
26600 Detroit Rd. Suite 300
Westlake, OH 44145
Tel: 216-566-8200
Fax: 216-566-0213
KASavidge@sseg-law.com
jmoeller@sseg-law.com

*Counsel for Defendant Lorain County Port Authority*

/s/ *Julie Grace Vanvliet* (authorized by email)
Sean T. Needham (0081382)
Julie Grace Vanvliet (0104946)
REMINGER CO., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio 44114
Tel.: 216-687-1311
Fax: 216-687-1841
sneedham@reminger.com
jvanvliet@reminger.com

*Counsel for Defendant the Lorain County Land Reutilization Corporation*

bflowers@abkf.com
jpashbrook@abkf.com

Daniel R. Suhr
    *(admitted pro hac vice)*
HUGHES & SUHR LLC
1341 W. Fullerton Ave., Suite 171
Chicago, IL 60614
Tel: 414-588-1658
dsuhr@hughesandsuhr.com

Christopher E. Mills
    *(admitted pro hac vice)*
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
Tel.: 843-606-0640
cmills@spero.law

*Counsel for Plaintiffs*

/s/ *Chad M. Kohler* (authorized by email)
Chad M. Kohler (0074179)
PRINCIPAL ASSISTANT ATTORNEY GENERAL
30 E. Broad St., 26th Floor
Columbus, Ohio 43215
Tel.: 614-466-5861
Fax: 866-514-0279
Chad.Kohler@OhioAGO.gov

*Counsel for Defendant-Intervenor, the State of Ohio*

## CERTIFICATE OF SERVICE

I certify that, on June 26, 2025, I electronically filed a true and accurate copy of the foregoing motion to be served on all parties via the Court's e-distribution system.

*/s/ Joseph P. Ashbrook*
Joseph P. Ashbrook (0091279)